
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
US DISTRICT COURT
05 DEC -9 PM 4:51
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| BIAX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS SEMICONDUCTORS B. V., PHILIPS CONSUMER ELECTRONICS SERVICES, B.V., and PHILIPS CONSUMER ELECTRONICS NORTH AMERICA CORP.,<br><br>Defendants. | CIVIL ACTION NO. 2-05CV-544<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff BIAX Corporation hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: December 9, 2005

Respectfully submitted,

By: _____
Sam Baxter, Attorney in Charge
State Bar No. 01938000
Theodore Stevenson, III
State Bar No. 19196650

McKOOL SMITH, P.C.
P.O. Box O
Marshall, Texas 75671
(903) 927-2111 (Telephone)
(903) 927-2622 (Facsimile)
sbaxter@mckoolsmith.com
tstevenson@mckoolsmith.com

ATTORNEYS FOR PLAINTIFF
BIAX CORPORATION

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES                          Page 1

Dallas 210940v1

OF COUNSEL:

Raphael V. Lupo
Mark G. Davis
Brian E. Ferguson
D. Sean Trainor
Bureden J. Warren
Anish Desai

McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone:  (202) 756-8000
Facsimile:   (202) 756-8087