IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BIAX CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v | § | CIVIL ACTION NO 2-05CV-544 |
| | § | |
| PHILIPS SEMICONDUCTORS B V., | § | |
| PHILIPS CONSUMER | § | |
| ELECTRONICS SERVICES, B V., | § | |
| and PHILIPS CONSUMER | § | |
| ELECTRONICS NORTH AMERICA | § | |
| CORP., | § | |
| | § | |
| Defendants | § | |

[PROPOSED] ORDER

Came on for consideration the unopposed Motion for Stay filed by Defendants Philips Semiconductors B V and Philips Consumer Electronics Services B V. Based upon the motion papers submitted, and the files, records, and proceedings herein, it is

ORDERED:

1  That the Defendants' Unopposed Motion for Stay is GRANTED

2  Civil Action No. 2-05CV-544 is stayed until the determination of the International Trade Commission (ITC) in the matter of Certain Digital Processors and Digital Processing Systems, Components Thereof, and Products Containing Same [Investigation No. 337-TA-559] becomes final.

3  Civil Action No 2-05CV-544 will remain administratively closed. If further proceedings in this action are needed after a determination of the ITC in Investigation No 337-TA-559 becomes final, this case may be re-opened, without prejudice, upon motion of either the

Plaintiff or Defendants. The right to re-open this case shall continue until 30 days after the ITC determination becomes final.

SIGNED this 8th day of February, 2006.

LON:155989 1
1 815

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE