IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BIAX CORPORATION, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2-05-cv-544 |
| PHILIPS SEMICONDUCTORS B.V., PHILIPS CONSUMER ELECTRONICS SERVICES, B.V., and PHILIPS CONSUMER ELECTRONICS NORTH AMERICA CORP., | Jury Trial Demanded |
| Defendants. | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Biax Corporation having filed a notice of voluntary dismissal of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby:

ORDERED that this case is dismissed without prejudice.

SIGNED this 24th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE